| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Laurence M. Rosen, Esq. (SBN 219683)<br>THE ROSEN LAW FIRM, P.A.<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com | |
| ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leiland Stevens, Individually and on behalf of all others similarly situated,<br><br>                                                     Plaintiff(s),<br>                         v.<br>Quiksilver, INc., Andrew P. Mooney, and Richard Shields<br><br>                                                     Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Leiland Stevens | Plaintiff |
| Quiksilver, Inc. | Defendant |
| Andrew P. Mooney | Defendant |
| Richard Shields | Defendant |

| | |
|---|---|
| April 2, 2015 | /s/ Laurence Rosen |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Laurence M. Rosen