**WESTERMAN LAW CORP**
JEFF S. WESTERMAN (SBN 94559)
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 698-7880
Facsimile: (310) 775-9777
jwesterman@jswlegal.com

**LEVI & KORSINSKY LLP**
NICHOLAS I. PORRITT
ADAM M. APTON
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
nporrit@zlk.com
aapton@zlk.com

*Attorneys for Lead Plaintiff Babulal Parmar and Lead Counsel for Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LEILAND STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUIKSILVER, INC., ANDREW P. MOONEY, and RICHARD SHIELDS,<br><br>Defendants. | Case No. 8:15-cv-00516 JVS (JCGx)<br><br><u>CLASS ACTION</u><br><br>**ORDER REGARDING STIPULATION OF SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Hon. James V. Selna |

# ORDER

Upon review of the parties' Stipulation to Notify Court of Settlement, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's time to file an amended complaint, and Defendants' time to respond thereto, are hereby continued due to the parties' agreement in principle to settle this action.
2. The parties shall prepare and submit to the Court a stipulation of settlement and motion for preliminary approval of the settlement on or before sixty (60) days from the date of this Order.

**IT IS SO ORDERED.**

DATED: September 21, 2016

James V. Selna
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

4811-8803-6408, v. 2