# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LEILAND STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QUIKSILVER, INC., ANDREW P. MOONEY, and RICHARD SHIELDS,<br><br>　　　　　　Defendants. | Case No. 8:15-cv-00516 JVS (JCGx)<br><br>**ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES**<br><br>**Date:　May 1, 2017**<br>**Time:　1:30 p.m.**<br>**Room:　Courtroom 10C**<br>**Judge:　Hon. James V. Selna** |

1    Having read and considered the papers filed and arguments made by counsel,

2  and good cause appearing,

3    IT IS HEREBY ORDERED AS FOLLOWS:

4    1.    The Court hereby awards Plaintiff's Counsel fees for the class action

5  settlement in the amount of $375,000 (25% of the class settlement fund).

6    2.    The Court awards Plaintiff's Counsel reimbursement of costs in the

7  amount of $36,250, which shall be paid from the class settlement fund in accordance

8  with the terms of the Stipulation of Settlement.

9    IT IS SO ORDERED.

10

11

12  DATED: May 03, 2017    _____

THE HONORABLE JAMES V. SELNA

13  UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28